VALENTINE KRZYMINSKI, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order reversed on the facts and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within twenty days, stipulate to reduce the verdict to the sum of $3,500, in which event the

judgment is modified accordingly and, as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur, except Crouch, J., who dissents and votes for reversal upon the facts.

VICTORIA KRZYMINSKI, an Infant, by JOSEFA KRZYMINSKI, Her Guardian ad Litem, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Crouch, J., who dissents and votes for reversal upon the facts.